UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

GABRIEL DAVID SCHLAHT

Civil Case No. 2:26-cv-01806-SI

(*Enter full name of plaintiff*)

( to be assigned by Clerk's Office )

Plaintiff,

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

v.

MARCUS MASON,

CONNOR NIELSEN

Jury Trial Demanded

Yes No

(*Enter full name of defendant(s)*)

Defendant(s).

I.PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

Plaintiff Name: Gabriel David Schlaht

Street Address: 777 Stanton BLVD.

City, State & Zip Code: Ontario Or, 97914

Telephone No.: ______

Defendant No. 1 Name: Marcus Mason

Street Address: 1120 SW 3rd AVE.

City, State & Zip Code: Portland, Or 97204

Telephone No.: 503-988-3689

Defendant No. 2 Name: Connor Nielsen

Street Address: 1120 SW 3rd AVE

City, State & Zip Code: Portland, Or 97204

Telephone No.: 503-988-3689

Defendant No. 3 Name: ____

Street Address: ____

City, State & Zip Code: ____

Telephone No.: ____

Defendant No. 4 Name: ____

Street Address: ____

City, State & Zip Code: ____

Telephone No.: ____

II. BASIS FOR JURISDICTION

Under 42 U.S.C § 1983, you may sue state for local officials for the "deprivation of any Rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (check all that apply):

Federal officials ( a *Bivens* claim)

State or local officials ( a § 1983 claim)

B. What federal Constitutional, statutory, or treaty right(s) is/are at issue?

8th Amendment Civil Rights Violation. PREA Unlawful invasive search conducted in a sexual manor, by use of excessive Force. While Restrained.

## III. STATEMENT OF CLAIMS

### Claim I

State her as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments for cite any cases or statutes.

On approx. May 6th 2025, I was physically and sexually assaulted by Corrections officers Marcus Mason, and Connor Nielsen. This happened in my cell, while in belly chains and leg iron restraints. Marcus Mason used a seperate handcuff in an attempt to break my left wrist, squeezing it extremely hard, while Connor Nielsen repeatedly hit me, and squeezed my testicles, and pushed his thumb into my rectum. Over and over for approx 30 seconds. It was very painful, and humiliating. I told them to stop. They didn't. This happened just before a transport to court for settlement conference. I reported it to judge Soucede. They both laughed, and taunted me, Causing physical and emotional pain and suffering. Using Excessive force, pushing my face into the wall.

### Claim II

State her as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

Claim III

State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

✓ Yes No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Plaintiff seeks nominal damages, and punitive damages in the amount of $6,500,000.00 against Marcus Mason the defendant.

Plaintiff seeks nominal damages, and punitive damages in the amount of $8,500,000.00 against Connor Nielsen the defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of ______________________, 20__.

______________________________

*(Signature of Plaintiff)*



SID# 11558048 Schlaht, Gabriel

**CERTIFICATE OF SERVICE**

**CASE NAME:** GABRIEL DAVID SCHLAHT v. MARCUS MASON, CONNOR NIELSEN

**CASE NUMBER:** (if known) NEW FILING

COMES NOW, Gabriel David Schlaht, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at Snake River Correctional Institution

That on the 31st day of August, 2026, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

Certificate of Service, Complaint for Violation of Civil Rights (Prisoner Complaint), In-Forma-Pauperis Application to Proceed, Motion For Appointment of Pro-Bono Councel, 6-month Trust account statement.

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

(Signature) [signature]

Print Name Gabriel David Schlaht

S.I.D. No.: 11558048